UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
BRADLEY NAGER,                           :
                                         :
               Plaintiff,                :
                                         :
       vs.                               :
                                         :  CIVIL ACTION NO. 14- CV-0622 (VB)
HSBC BANK USA, NATIONAL                  :
ASSOCIATION, and                         :
SPRINGLEAF FINANCIAL SERVICES, INC.,     :
                                         :
               Defendants.               :
------------------------------------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/14

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AS TO SPRINGLEAF

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Bradley Nager ("Nager") and Defendant Springleaf Financial Services, Inc. ("Springleaf"), hereby stipulate to the dismissal with prejudice of all of claims and causes of action of Nager against Springleaf, without the right to appeal and with each party bearing its own costs and attorneys' fees.

Dated: October 6, 2014

PLAINTIFF BRADLEY NAGER          DEFENDANT SPRINGLEAF FINANCIAL
                                 SERVICES, INC.

By    /s/ Lawrence Katz          By    /s/ Joy Harmon Sperling
      Lawrence Katz                    Joy Harmon Sperling
      lkatz@lawkatz.com                jsperling@daypitney.com
      Law Office of Lawrence Katz LLC  Day Pitney LLP
      445 Central Avenue, Suite 201    7 Times Square
      Cedarhurst, NY  11516            New York, NY 10037
      (516) 347-2118                   (212) 297-5800

      His Attorneys                    Its Attorneys

SO ORDERED: /s/
U.S.D.J.  10/6/14

85484156.9