UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
BRADLEY NAGER, :
           Plaintiff, :
:
v. :
:
HSBC BANK USA, NATIONAL :
ASSOCIATION, and SPRINGLEAF :
FINANCIAL SERVICES, INC., :
           Defendants. :
-----------------------------------------------------------------x

**ORDER**

14 CV 622 (VB)

      The Court has been informed that plaintiff and the remaining defendant in this case, HSBC Bank USA, National Association, have reached a settlement agreement. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made by January 8, 2015.

Dated: November 24, 2014
       White Plains, NY

                          SO ORDERED:

                          _____
                          Vincent L. Briccetti
                          United States District Judge